# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CONSTANCE A. HOLDER  
1212 MINKLE STREET  
ROCK FALLS, IL  61071-1436

SSN-xxx-xx-6049

Case Number: 04-73327

Case filed on: 6/30/2004  
Plan Confirmed on: 9/10/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $44,602.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 014 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CONSTANCE A. HOLDER | 0.00 | 0.00 | 754.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 754.00 | 0.00 |
| 001 | M&I MARSHALL & ILSLEY BANK | 3,000.00 | 3,000.00 | 3,000.00 | 165.35 |
| 002 | STERLING FEDERAL BANK | 45,425.52 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 48,425.52 | 3,000.00 | 3,000.00 | 165.35 |
| 001 | M&I MARSHALL & ILSLEY BANK | 1,129.78 | 1,129.78 | 422.74 | 0.00 |
| 003 | AT&T UNIVERSAL CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WEINSTEIN, TREIGER & RILEY, P.S. | 5,629.25 | 5,629.25 | 2,106.37 | 0.00 |
| 005 | BANK ONE DELAWARE NA fka FIRST USA | 1,165.94 | 1,165.94 | 436.28 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 18,441.63 | 18,441.63 | 6,900.54 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 10,282.09 | 10,282.09 | 3,847.38 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 5,737.31 | 5,737.31 | 2,146.81 | 0.00 |
| 009 | ELAN/FIRSTAR CARD SERVICES | 5,564.13 | 5,564.13 | 2,082.00 | 0.00 |
| 010 | FIDELITY INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 15,210.01 | 15,210.01 | 5,691.32 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 2,604.09 | 2,604.09 | 974.41 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 6,634.37 | 6,634.37 | 2,482.47 | 0.00 |
| 015 | ELAN/FIRSTAR CARD SERVICES | 5,815.01 | 5,815.01 | 2,175.88 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 11,189.10 | 11,189.10 | 4,186.77 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 5,735.90 | 5,735.90 | 2,146.26 | 0.00 |
|  | Total Unsecured | 95,138.61 | 95,138.61 | 35,599.23 | 0.00 |
|  | Grand Total: | 145,764.13 | 100,338.61 | 41,553.23 | 165.35 |

Total Paid Claimant:     $41,718.58  
Trustee Allowance:       $2,883.42  
Percent Paid Unsecured:    37.42

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan